# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### 5:17-CV-00287-FL

| | | |
|---|---|---|
| DEBORAH CAHALL, | ) | |
|     Plaintiff, | ) | |
| | ) | **PLAINTIFF'S ORDER ALLOWING PLAINTIFF'S MOTION TO SEAL EXHIBIT 1 to PLAINTIFF's MOTION FOR EXTENSION OF TIME TO RESPOND** |
| v. | ) | |
| | ) | |
| KANAWHA INSURANCE COMPANY and HUMANA INC. | ) | |
|     Defendants. | ) | |

This cause being heard by the undersigned on Plaintiff's Motion to Seal Exhibit 1 to Plaintiff's Motion For Extension of Time to Respond, pursuant to Federal Rules of Civil Procedure 79.2

Exhibit 1 containing the "confidential settlement agreement" should remain sealed, and that said Motion should be allowed;

**IT IS THEREFORE ORDERED** that Exhibit 1 to Plaintiff's Motion For Extension of Time to Respond is and shall remain under seal.

This the 8th day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge